**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TIFFANY JONES** | * |
| 13802 Doctor Edelen Drive | |
| Accokeek, MD 20607 | * |
|            **Plaintiff,** |     **Civil Action No.:** |
|     v. | * |
| **BJ'S WHOLESALE CLUB, INC.** | * |
| 25 Research Drive | |
| Westborough, MA 01581 | * |
| and | * |
| **BJ'S WHOLESALE CLUB HOLDINGS, INC.** | * |
| 25 Research Drive | |
| Westborough, MA 01581 | * |
|            **Defendants.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF REMOVAL**

COME NOW, Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc., by and through their undersigned attorneys, pursuant to 28 U.S.C. § 1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Charles County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc. have been named as Defendants in a suit filed in the Circuit Court for Charles County, Case No.: C-08-CV-21-000313. Suit was originally filed on or about July 10, 2021. On August 23, 2021, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc. obtained notice of the instant litigation through its own efforts. Further, efforts to obtain information from Plaintiff's counsel concerning service on BJ's Wholesale Club, Inc. and BJ's Wholesale Club

Holdings, Inc. have been unsuccessful. Accordingly, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc. rely on the August 23, 2021 notice to move forward with seeking to remove the instant action.

2. BJ's Wholesale Club, Inc. is a corporation organized and existing under the laws of the state of Massachusetts, with its principal place of business located in Westborough, Massachusetts..

3. BJ's Wholesale Club Holdings, Inc. is a corporation organized and existing under the laws of the state of Massachusetts, with its principal place of business located in Westborough, Massachusetts.

4. Plaintiff, Tiffany Jones is a resident of the state of Maryland.

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith as **Exhibits 1 through 4** are copies of all pleadings and papers obtained by Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc., consisting of (1) Writ of Summons for BJ's Wholesale Club, Inc; (2) Writ of Summons for BJ's Wholesale Club Holdings, Inc.; (3) Plaintiff's Complaint and (4) Demand for Jury Trial.

7. Petitioners are entitled to removal because there exists complete diversity between Plaintiff, Tiffany Jones, and Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc. Additionally, the amount in controversy also exceeds $75,000.00 because Plaintiff's Complaint seeks judgment against Petitioners/Defendants, BJ's Wholesale

Club, Inc. and BJ's Wholesale Club Holdings, Inc. "in an amount over $75,000.00, plus costs, pre-judgment interest and post-judgment interest."

WHEREFORE, Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc. respectfully request that the above-entitled action be removed from the Circuit Court for Charles County, Maryland to the United States District Court for the District of Maryland.

                Respectfully submitted,

                */s/ G. Calvin Awkward, III*
                G. Calvin Awkward, III, Esq.
                Bar No.: 18652
                Goldberg Segalla, LLP
                111 South Calvert Street, Suite 2000
                Baltimore, Maryland 21202
                Telephone: (443) 615-7513
                cawkward@goldbergsegalla.com
                *Attorneys for Petitioners/Defendants, BJ's Wholesale Club, Inc. and BJ's Wholesale Club Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2021, a copy of the foregoing Notice of Removal was sent via first class mail, postage pre-paid, to:

John J. Cord
108 W. Timonium Road, Suite 303
Timonium, MD 21093
*Counsel for Plaintiff*

                */s/ G. Calvin Awkward, III*
                G. Calvin Awkward, III